US BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 01-32785 |
| International Racing Technology, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Gateway Global, Inc., by and through its Attorney, J. Baron Groshon of the law office of J. Baron Groshon, PC hereby moves the Court for an order directing the United States Bankruptcy Court to disburse the sum of $1,640.42 from the Court's registry fund, payable to Gateway Global, representing unclaimed funds previously deposited with the Court.

Supported documentation attached _X_ yes ____ no

*I understand that pursuant to 11 U.S.C.§§ 152 and 3571, I may be fined up to $500,000, imprisoned for up to 5 years or both if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.*

Dated: 9/6/07

Respectfully Submitted:

/s/ J. Baron Groshon
J. Baron Groshon
NC State Bar # 12417
Law office of J. Baron Groshon, PC
417 East Boulevard, Suite 203
Charlotte, NC 28203-5163
Ph: 704-342-3328
Fx: 704-342-3358

## STATEMENT OF AUTHORITY BETWEEN

## DILKS & KNOPIK, LLC AND J. BARON GROSHON

Re:

Debtor: International Racing Technology, Inc.
Case No. 01-32785
Claimant: Gateway Global, Inc.
Amount Unclaimed: $1,640.42

The undersigned, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, being first duly sworn, states that Dilks & Knopik, LLC is the Attorney-in-Fact for claimant, Gateway Global, Inc., as set forth in the attached Limited Power of Attorney. The undersigned further states that Attorney J. Baron Groshon of the law office of J. Baron Groshon, PC has been retained by Dilks & Knopik, LLC for all legal matters pertaining to the above captioned case, including but not limited to the execution and filing of all document(s) pertaining to the recovery of unclaimed, lost or abandoned property owing Gateway Global, Inc.. Attorney J. Baron Groshon is further authorized to attend any hearing(s) set forth regarding the above matter on behalf of Dilks & Knopik, LLC and its client, Gateway Global, Inc., and is authorized to make any decisions whatsoever on behalf of Dilks & Knopik, LLC and/or Gateway Global, Inc. regarding such document(s) and/or hearing(s) that is in the best interest of Dilks & Knopik, LLC and/or Gateway Global, Inc..

Dated: 8/27/2007

By: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Gateway Global, Inc.
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

STATE OF Washington
COUNTY OF King

On  8/27/07  before me, personally appeared Brian J. Dilks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
My commission expires on July 29, 2010

# EXPLANATION OF SUPPORTING DOCUMENTATION

Re:

Debtor: International Racing Technology, Inc.

Case No. 01-32785

Claimant: Gateway Global, Inc.

Amount Unclaimed: $1,640.42


History: The original dividend check was mailed to Gateway Global at 1575 Sunflower Ave, Costa Mesa, CA 92626. That address is no longer valid for Gateway Global, Inc.

Attached to this Motion are the following documents:

- Authority to Act, Limited Power of Attorney signed by Lisa Vonepp, Operations Manager of Gateway Global, Inc.

- Affidavit in Support of Application for Payment of Unclaimed Funds

- Exhibits A & B: evidence that Gateway Global, Inc. once used the address of 1575 Sunflower Ave, Costa Mesa, CA 92626.

- Exhibit C: Copy of the Proof of Claim filed by Lisa Vonepp, Operations Manager of Gateway Global, Inc.

- Copy of the Order to Deposit Funds with the Court

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

RE: International Racing Technology, Inc.

　　　　　　　Debtor(s)

Case: 01-32785

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**Limited to one Transaction**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Gateway Global, Inc.** with a tax identification number of 33-0932489 ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$1,640.42** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: [signed]     Date: 7/24/2007

Print Name: Lisa VonEpp    Title: Operations Manager

| Tape Signatory's Business Card Here | Affix Corporate Seal Below Or if Corporate Seal Unavailable Sign Affidavit Below: |
|---|---|
|  | *AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE* BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Gateway Global, Inc. is presently unavailable to the undersigned. Signature and Title [signed] |

STATE OF California    COUNTY OF Los Angeles

On this 24th day of July, 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Lisa Vonepp known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC [signed Maria L. Dyck]
My Commission expires June 25, 2011

*(Notary Seal)*

MARIA LLIBRE DYCK
COMM. #1753099
Notary Public - California
San Bernardino County
My Comm. Expires Jun. 25, 2011

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA

RE:  )
     )    Case: 01-32785
International Racing Technology, Inc.    )
     )    Chapter: 7
                          Debtor(s)    )
     )

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

I, Lisa Vonepp, Operations Manager of Gateway Global, Inc., under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. Gateway Global, Inc. requests an order releasing the total amount of $1,640.42, which is the sum of all monies deposited with the court in the above referenced case on behalf of the creditor, Gateway Global.

2. I am an authorized officer of the creditor and have appointed Dilks & Knopik, LLC of 28431 SE Preston Way, Issaquah, WA 98027, as Gateway Global, Inc.'s lawful Attorney-in-Fact, who is duly authorized by the attached original Power of Attorney to file this Application for Payment of Unclaimed Funds seeking payment in the amount of $1,640.42 arising from its claim(s) due and owing to Gateway Global, Inc. as a creditor in the above referenced bankruptcy case.

3. The original disbursement check was not represented for payment within 90 days after issuance because: The address where the check was sent is no longer being used by Gateway Global, Inc.

4. Gateway Global, Inc. is the legal owner of the unclaimed funds.

5. The following is my current address and phone number:
   Gateway Global, Inc.
   Lisa Vonepp - Operations Manager
   16720 Marquardt Ave.
   Cerritos, CA 90703-1044
   (562) 623-0210

6. Gateway Global, Inc. has neither previously received remittance for this claim nor have contracted with any other party other than the person named in item two above to recover these funds.

Dated  7/24/07    By: _____
                         Lisa Vonepp - Operations Manager
                    Fed ID #:

STATE OF California, COUNTY OF Los Angeles
On July 24th 2007 before me, personally appeared (insert name of the signer) Lisa VonEpp personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

_____
Notary Public

(SEAL)    My commission expires on June 25, 2011

MARIA LLIBRE DYCK
COMM. #1753099
Notary Public - California
San Bernardino County
My Comm. Expires Jun. 25, 2011



Federal Tax Deposit Coupon
Form 8109 (Rev. 12-2000)

Exhibit A
Page 1 of 1

**GATEWAY GLOBAL INC.,**
1575 SUNFLOWER AVENUE
COSTA MESA, CA   92626
PH 714.557.7793
FAX 714.557.7799

**INVOICE**

PAGE NO:            1
INVOICE NO:     29046
ORDER NO:       20894
SALESPERSON:   VISION
CUSTOMER NO:      174

SOLD TO:

SPECTRA DISTRIBUTING INC.,
ATTN: ACCOUNTS PAYABLE
3520 TRYCLAN DRIVE
CHARLOTTE        NC      28217

SHIPPED TO:

SPECTRA DISTRIBUTING INC.,
ATTN: RECEIVING DEPT.,
3520 TRYCLAN DRIVE
CHARLOTTE        NC      28217

| DATE | SHIP VIA | FOB | TERMS | REFERENCE | INV.# | SHIP DAT: |
|---|---|---|---|---|---|---|
| Mar 1 01 | ABF"SPECTRA" | CA | NET 30 | PO#PO00459 | 29046 | Mar 1 0 |

| [QUANTITY] | | | [REF.NO.] | [DESCRIPTION] | [UNIT PRICE] | [AMOUNT |
|---|---|---|---|---|---|---|
| ORDR | SHIP | BK/OR | | DIECAST MODEL CARS AUTOART/GATE/UT | | |
| 84 | 84 | 0 | 21070 | D-UT-1/18 CHEVY VETTE 78 PA | 21.15 EA | 1,776.6 |
| 24 | 0 | 24 | 21071 | LAST/C-UT1/18CHEVY VET BLK | 16.92 EA | 0.0 |
| 24 | 24 | 0 | 21072 | C-UT1/18CHEVY VETTE 78COUPE | 16.92 EA | 406.0 |
| 24 | 24 | 0 | 21073 | C-UT1/18CHEVY VETTE 78COUPE | 16.92 EA | 406.0 |
| 12 | 12 | 0 | 21033 | LAST/B-UT1/18CHEVY IMPALA S | 12.68 EA | 152.1 |
| 12 | 12 | 0 | 73501 | AAC-1/18 JAGUAR/SILVER | 24.18 EA | 290.1 |
| 12 | 0 | 12 | 73511 | AAC-1/18 JAGUAR XKSS 56/GRE | 24.18 EA | 0.0 |
| 36 | 0 | 36 | 89906 | AAR-1/18 CORVETTE C5R #2 DA | 29.02 EA | 0.0 |
| 36 | 0 | 36 | 89907 | AAR-1/18 CORVETTE C5R #4 DA | 29.02 EA | 0.0 |
| 12 | 12 | 0 | 72721 | AAP-1/18 SALEEN MUSTANG COU | 24.18 EA | 290.1 |
| 12 | 12 | 0 | 72731 | AAP-1/18 SALEEN MUSTANG SPE | 24.18 EA | 290.1 |
| 6 | 0 | 6 | 80045 | AAR-1/18 DODGE VIPER DAYTON | 29.02 EA | 0.0 |
| 24 | 24 | 0 | 73502 | AAC-1/18 JAGUAR C 51/BRONZE | 24.18 EA | 580.3 |
| 36 | 0 | 36 | 72771 | AAP-1/18 MUSTANG SVT COBRA | 24.18 EA | 0.0 |
| 12 | 0 | 12 | 80010 | LAST-AAR-1/18 TOYOTA TRUCK | 29.02 EA | 0.0 |

OTHER                -         0.0
SHIPPING                       0.0
HANDLING                       0.0
SALES TAX                      0.0

T H A N K   Y O U             US $ TOTAL    4,191.72

Exhibit B.
Page 1 of 1

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF NORTH CAROLINA (CHARLOTTE - CM) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>International Pricing Technology | Case Number<br>01-32785 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Gateway Global<br>Name and Address where notices should be sent:<br><br>Gateway Global<br>1575 Sunflower Avenue<br>Costa Mesa, CA 92626<br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 01-32785<br><br>1112075<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor:<br>Cust # 174 | Check here if   ☐ replaces<br>this claim       ☐ amends   a previously filed claim, dated _____ |
|---|---|

| 1. Basis for Claim<br>☑ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: ___ ___ ___<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)   (date) |
|---|---|
| 2. Date debt was incurred:<br>March 2001 | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed:   $ 10,256.77
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle<br>☐ Other_____<br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>FILED<br>U.S. Bankruptcy Court<br>WDNC, Charlotte, NC<br>OCT 19 2001<br>Geraldine Treutelaar<br>Crockett, Clerk |
|---|---|
| Date<br>10/15/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Lisa Van Epp  for Gateway Global, Inc. | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

012400   77907012425015

Exhibit C
Page 1 of 1

FILED & JUDGMENT ENTERED
David E. Weich

Jun 09 2006

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:
International Racing Technology, Inc.,    )
)
)    Case No: 01-32785
)    Chapter :    7
)
)
Debtor(s)    )

## ORDER TO DEPOSIT FUNDS WITH THE COURT

**THIS CAUSE** coming on to be heard and being heard before the undersigned United States Bankruptcy Judge, and it appearing that there is now $ 12,408.89 in the trustee's account which was disbursed to claimants listed below at the addresses listed below; however, the checks having been returned to the trustee unpaid with no explanation, and it being in the best interest of the estate for this amount to be paid into the court pursuant to 28 U.S.C. § 2042;

| Claimant Names & Addresses | Amount |
|---|---|
| Gateway Global<br>1575 Sunflower Ave<br>Costa Mesa, CA  92626 | $ 1640.42 |
| James R Jennings & Assoc<br>1348 Matthews Township Pkwy<br>Matthews, NC  28105 | 129.95 |
| Suite 1000<br>4600-350 Park Road<br>Charlotte, NC  28209 | 135.71 |

| | |
|---|---|
| Playing Mantis<br>P O Box 388<br>Mishwaka, IN 46546 | 270.57 |
| Piedmont Natural Gas<br>PO Box 33068<br>Charlotte, NC 28233-3068 | 27.79 |
| Image International<br>4708 Camel Vista Lane<br>Charlotte, NC 28226 | 461.09 |
| Euler/American Credit Indemnity<br>Assignee of Racing Champions ERTL, Inc<br>100 E Pratt Street, 5th Floor<br>Baltimore, MD 21202 | 6218.54 |
| Revell-Monogram<br>PO Box 98643<br>Chicago, Ill 60693 | 3524.82 |

It is therefore, **ORDERED** that the sum of $ 12,408.89 , representing funds unclaimed by the above referenced claimants, be paid into the court and disposed of pursuant to 28 U.S.C. § 2042.

| | |
|---|---|
| This Order has been signed<br>electronically. The judge's<br>signature and court's seal<br>appear at the top of the Order. | United States Bankruptcy Court |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re:<br><br>International Racing Technology, Inc.<br><br>Debtor(s) | Case No. 01-32785<br>Chapter 7 |

## NOTICE OF HEARING AND CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on September 27, 2007 at 9:30 (a.m./p.m.) in Courtroom number 122 located at The Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, NC 28202 to consider the Motion for Disbursement of Unclaimed Funds filed by Gateway Global, Inc., by and through its Attorney, J. Baron Groshon of the law office of J. Baron Groshon, PC.

NOTICE IS FURHTER GIVEN to the Court that on 9/7/07, the United States Attorney, the case trustee, and the Bankruptcy Administrator were served a copy of the Motion for Disbursement of Unclaimed Funds and this Notice of Hearing by U.S. Mail.

Dated: 9/7/07

J. Baron Groshon
NC State Bar # 12417
Law office of J. Baron Groshon, PC
417 East Boulevard, Suite 203
Charlotte, NC 28203-5163
Ph: 704-342-3328
Fx: 704-342-3358